UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **HENRY W. BELL, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 07-CV-2051 |
| ) | |
| **GLESCO ELECTRIC, INC.**, an ) | |
| **Illinois corporation,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

A Report and Recommendation (#20) was filed by the Magistrate Judge in the above cause on May 11, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Defendant's Motion to Strike and Dismiss (#7) is DENIED.

(3) Defendant is allowed twenty-one (21) days to file its Answer to Plaintiff's pro se Complaint.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 31st day of May, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE